Opinion by Willson, J.

## GRADY ет. AL. v. ROGAN, COUNTY JUDGE.

Appeal from Caldwell county.

*Jurisdiction.*—A suit to recover a penalty for breach of the condititions of a liquor dealers bond, is not a suit in behalf of the state to recover a penalty or forfeiture within the meaning of section 8, article 5, Constitution of Texas, and the amount sought to be recovered not exceeding $500, the county court has jurisdiction.

*Disqualification of Judge.*—Although the bond is made payable to the county judge and the action is brought in his name, he is merely a nominal party and not disqualified from trying the cause.

*Liquor Dealers' Bond.*—Where the appellant procured a liquor dealer's license to be issued in his name and gave bond as required by law, he is liable for breach of the conditions of the bond, although he may have no interest in the business. Affirmed.

Opinion by Willson, J.

## MISSOURI PACIFIC R'Y. CO. v. HEWITT.

Appeal from Dallas county.

*Damages.*—In an action to recover damages for failing to deliver goods, the rental value of the same can not be recovered. The measure of damages in such a suit is the fair market value at the point of destination, of the goods lost, with legal interest thereon from the date when the goods should have been delivered. Reversed and remanded.

Opinion by Willson, J.